Lois Morgan, Administratrix of the Estate of Alonzo Morgan, Deceased, Plaintiff-Appellant, v. Chicago, Burlington & Quincy Railroad Company, a Railroad Corporation and George Spenador, Defendant-Appellee.

Gen. No. 11,700.

Second District, First Division.

January 18, 1963.

Louis G. Lenard, of Joliet, for appellant; Givler, Meilinger, Casey & Flanders, of Aurora (Robert F. Casey, and Dale C. Flanders, of counsel), for Chicago, Burlington & Quincy Railroad Company, appellee. Opinion by JUDGE DOVE. Not to be published in full.